UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIC FULTON, et al.,

      Plaintiffs,

v.

FCA US LLC, et al.

      Defendants.

Case No. 24-cv-13159

Honorable Robert J. White

## ORDER ON JOINT MOTION FOR ENTRY OF CONFIDENTIALITY AND PROTECTIVE ORDER

Plaintiffs Eric Fulton, Crystal Bush, Michael Terrell, and Tonya Rogers, individually and as representatives of a class of similarly situated persons, on behalf of the FCA US LLC UAW Savings Plan and the FCA US LLC Salaried Employees' Savings Plan (collectively, "Plaintiffs") and Defendant FCA US LLC ("FCA" or "Defendant"),[1] by their undersigned counsel, have submitted a Joint Motion for Entry of Confidentiality Agreement and Protective Order (ECF No. 32) in this matter pursuant to Federal Rule of Civil Procedure 26(c)(1)(G).

---

[1] Numerous Jane Doe Defendants in this case are represented by the same counsel as FCA.

2

Having reviewed the proposed agreement and protective order, IT IS HEREBY ORDERED that the Motion for a Confidentiality Agreement and Protective Order is GRANTED.

SO ORDERED.


Dated: March 3, 2026                          s/Robert J. White
                                              Robert J. White
                                              United States District Judge

2